**No. 41653.**—Protest 935081–G of Advance Solvents & Chemical Corp. (New York).

Opinion by KEEFE, J. It was found that the merchandise in question was not imported and the protest was accordingly sustained.

**No. 41654.**—Protest 971823–G of Heveatex Corp. (Boston).

Opinion by KEEFE, J. Iron drums similar to those the subject of Abstract 39366 were held entitled to free entry as ordinary containers of duty free merchandise.

**No. 41655.**—Protests 915990–G, etc., of Standard Oil Co. of N. J. (New York).

Opinion by KEEFE, J. The evidence showing that the drums in question were not imported the protests were sustained.

**No. 41656.**—Protest 739358–G of Blanchard Lumber Co. (New York).

Opinion by KEEFE, J. From the evidence it appeared that 192 pieces of lumber were short. The protest was accordingly sustained.

**No. 41657.**—Protest 888980–G of Ross Seed Co. (Baltimore).

Opinion by KEEFE, J. It appeared that the grass seed absorbed moisture on the voyage of importation and that after a month's trip by freight in a box car it had lost the moisture so that when it reached the warehouse of the importer the net weight was equal to the invoice weight. As it has been long established that duty must be taken on the net weight of merchandise arriving at the port of entry the protest was overruled. *American Sugar Refining Co.* v. *United States* (G. A. 6620, T. D. 28249) cited.

**No. 41658.**—Protest 933840–G of Pacific Vegetable Oil Corporation (San Francisco).

Opinion by KEEFE, J. From the evidence it was found that the city weighers used a more accurate method of obtaining the net landed weight than was used by the Government weigher. The protest was accordingly sustained.

**No. 41659.**—Protest 933841–G of Pacific Vegetable Oil Corporation (San Francisco).

Opinion by KEEFE, J. From the evidence it was found that the city weighers used a more accurate method of obtaining the net landed weight than was used by the Government weigher. The protest was accordingly sustained.